# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLO MCINTOSH,<br><br>        Plaintiff,<br><br>        v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>        Defendant. | Case No. CV 17-04702-JAK (RAO)<br><br>**JUDGMENT** |

    In accordance with the Order Accepting Report and Recommendation of United States Magistrate Judge issued concurrently herewith,

    IT IS ORDERED AND ADJUDGED that the decision of the Commissioner of Social Security is REVERSED and this matter is REMANDED for further administrative action.

Date: November 13, 2018         _____
                                            JOHN A. KRONSTADT
                                            UNITED STATES DISTRICT JUDGE